

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JAVIER GONZALEZ, | § | No. 08-19-00062-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04716) |
|  | § |  |

# **O R D E R**

The Court, on its own motion, VACATES the May 7, 2020 submission and oral argument setting for the above styled and numbered cause. The case will be rescheduled at a later date.

IT IS SO ORDERED this 20th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., not participating